In the Matter of WILLIAM EDWARDS, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [937 NYS2d 664]

Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.